**Jerome ANDERSON, Plaintiff—Appellant,**

**v.**

**A.K. PRUITT, Captain; Susan Horan, Defendants—Appellees.**

No. 11–7256.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 15, 2011.

Decided: Nov. 18, 2011.

Jerome Anderson, Appellant Pro Se. Robert T. Numbers, II, Womble, Carlyle, Sandridge & Rice, PLLC, Raleigh, North Carolina, for Appellee.

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Anderson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Anderson v. Pruitt,* No. 1:10–cv–00553–NCT–PTS (M.D.N.C. Sept. 12, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*